■ In the Matter of GODFREY WALDRON, Petitioner, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [668 NYS2d 491] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent New York City Transit Authority, dated August 9, 1996, which, after a hearing, found the

petitioner guilty of certain disciplinary charges and demoted him from his position as a Yard Dispatcher to a Train Operator.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The respondent's determination that the petitioner negligently performed his duties as a train dispatcher is supported by substantial evidence. Moreover, the penalty of a two-Civil Service-grade demotion from Yard Dispatcher to Train Operator is not so disproportionate to the offense as to be shocking to one's sense of fairness (*see, Matter of Pell v Board of Educ.*, 34 NY2d 222, 233; *Matter of Smith v Board of Educ.*, 231 AD2d 528). Bracken, J. P., Santucci, Altman and McGinity, JJ., concur.